HENRIETTA COOPER, as Administratrix of the Estate of DAVID J. COOPER, Deceased, Respondent, v. STEVE BRODY, INC., Appellant, et al., Defendants.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.